AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the

District of Columbia

# 92531-509

United States of America
v.
Brian Raymond Jones

*Defendant*

) Case: 1:22-mj-00063
) Assigned To : Meriweather, Robin M.
) Assign. Date : 3/15/2022
) Description: Arrest Warrant with Complaint

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   Brian Raymond Jones    ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment     ☐ Superseding Indictment     ☐ Information     ☐ Superseding Information     ☒ Complaint
☐ Probation Violation Petition     ☐ Supervised Release Violation Petition     ☐ Violation Notice     ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1752(a)(1) (Entering and Remaining in a Restricted Building or Grounds);
18 U.S.C. § 1752(a)(2) (Disorderly and Disruptive Conduct in a Restricted Building or Grounds);
40 U.S.C. § 5104(e)(2)(D) (Disorderly Conduct in a Capitol Building);
40 U.S.C. § 5104(e)(2)(G) (Parading, Demonstrating, or Picketing in a Capitol Building).

Date:   03/15/2022

2022.03.15 17:15:42 -04'00'

*Issuing officer's signature*

City and state:   Washington, D.C.           Robin M. Meriweather, U.S. Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* 3/15/22, and the person was arrested on *(date)* 3/23/22
at *(city and state)* Seattle, Washington.

Date: 3/23/22

*Arresting officer's signature*

Christopher Quintero
*Printed name and title*